Case 3:05-cv-00542-ECR-RAM   Document 13   Filed 03/06/07   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARTIN JAY REEVES,            )
                              )   3:05-CV-0542-ECR-RAM
        Plaintiff,            )
                              )
    vs.                       )   **ORDER OF DISMISSAL WITHOUT**
                              )   **PREJUDICE PURSUANT TO RULE**
OLD DOMINION FREIGHT,         )   **4(m) FEDERAL RULES OF CIVIL**
                              )   **PROCEDURE**
        Defendant.            )
                              )
_____)

Martin Jay Reeves having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m),

**IT IS HEREBY ORDERED** that the action is dismissed without prejudice as to: Old Dominion Freight.

Dated this 6th day of March, 2007.

*Edward C. Reed.*
United States District Judge